1 **FIDELITY NATIONAL LAW GROUP**
**A Division of Fidelity National Title Group, Inc.**
2 **JOHN M. RYGH** (SBN 125040)
Email: John.Rygh@fnf.com
3 915 Wilshire Boulevard, Suite 2100
Los Angeles, California 90017
4 Telephone: (213) 438-4403
Facsimile: (213) 438-4417

5 Attorneys for Defendant
TICOR TITLE COMPANY
6

7                    UNITED STATES DISTRICT COURT

8                   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADRELYN S. SANTOS, an individual, WILFREDO V. SANTOS, an individual | **CASE NO. LACV10-7355 GAF (PLAx)** <br> **Honorable Gary Allen Feess** <br><br> **[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT TICOR TITLE COMPANY** |
| Plaintiffs, | |
| v. | |
| CAPSTONE LENDING CORP. a corporation; CHASE HOME FINANCE, LLC, a limited partnership; TICOR TITLE COMPANY, a corporation; UNKNOWN MORTGAGE, an individual, NORTHWEST TRUSTEE SERVICES, INC., a corporation; MORTGAGE ELECTRONIC RECORDING SYSTEMS, a privately held company, | |
| Defendants. | |

///

///

///

///

1
**[PROPOSED] JUDGMENT**

On October 1, 2010 Plaintiffs Madrelyn Santos and Wilfredo Santos filed a complaint in this action naming Ticor Title Company as a defendant.

On December 6, 2010 Ticor Title Company filed a motion to dismiss.  The court ruled on January 6, 2011, granting Ticor's Motion to Dismiss.

For the reasons stated herein, judgment shall be and hereby is entered in favor of Defendant Ticor Title Company as follows:

Plaintiffs' Complaint as against Defendant Ticor Title Company shall be and hereby is dismissed ~~with prejudice.~~

Dated: _February 11, 2011___   _____
                               Honorable Gary Allen Feess
                               Unites States District Judge

2
**[PROPOSED] JUDGMENT**